Hand-Delivered

FILED
CHARLOTTE, NC

JUL 23 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| TYUANA TURNER<br>    Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No. 3:24-cv-672-FDW<br>) |
| NATIONAL CREDIT SYSTEMS, INC<br>    Defendant. | )<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Tyuana Turner an individual consumer, against Defendant, National Credit Systems, Inc. ("NCS") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Charlotte, Mecklenburg County, North Carolina, and the

1

conduct complained of occurred in Charlotte, Mecklenburg County, North Carolina.

### III. PARTIES

3. Plaintiff Tyuana Turner (hereinafter "Ms. Turner") is a natural person residing in Charlotte, Mecklenburg County, North Carolina. Ms. Turner is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant National Credit Systems, Inc. is a Georgia corporation with its principal place of business located at 1775 The Exchange SE, Suite 300, Atlanta, GA 30339.

5. Defendant National Credit Systems, Inc. is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's.

### IV. FACTS OF THE COMPLAINT

6. Defendant National Credit Systems, Inc. (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. On or about April 2, 2024, and July 21, 2024, Ms. Turner reviewed her credit report on "Credit Karma".

8. On the report, Ms. Tyuana Turner observed a trade line from Debt Collector.

9. Debt Collector furnished a trade line of $5,997, allegedly owned to Redwood Lake Wylie Apt.

10. Also on April 2, 2024, Plaintiff wrote via USPS certified mail (9589 0710 5270 0053 0635 78) Defendant stating "I am no longer disputing, please update the my credit report" On April 6, 2024 Defendant received Plaintiff dispute, however on May 5, 2024 and on July 21, 2024 Plaintiff re-checked her credit reports and Debt Collectors had has several communications with the consumer reporting agencies and all Debt Collectors failed to communicate that the debt was not disputed the Plaintiff.

11. Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Ms. Turner and caused severe humiliation, emotional distress, mental anguish, FICO scores and loss of money with the USPS.

## V. FIRST CLAIM FOR RELIEF
### (Defendant National Credit Systems, Inc.)
### 15 U.S.C. §1692e(8)

12. Ms. Turner re-alleges and reincorporates all previous paragraphs as if fully set out herein.

3

13. The Debt Collector violated the FDCPA.

14. The Debt Collector's violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C § 1692e(8) of the FDCPA by reporting false information by not removing the dispute notations from the consumer reporting agencies reports.

15. As a result of the above violations of the FDCPA, the Defendants are liable to the Ms. Turner actual damages, statutory damages and cost.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Ms. Turner respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(a)(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(a)(2);

D. Cost pursuant to 15 U.S.C 1692k(a)(3);

E. For such other and further relief as the Court may deem just and proper.

4

Respectfully submitted:

s/ *[signature]*

Tyuana Turner
7006 Garden Terrace Court
Charlotte, NC 28210
(480)686-4089 (telephone)
tyuanagreen@yahoo.com (email)